IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANCE TRESSLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No.: 25-531-JLH-EGT |
| | ) |
| CITY OF MILFORD, TODD F. CULOTTA, MAYOR; JASON L. JAMES, VICE-MAYOR; CECILIA ASHE, POLICE CHIEF, | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 14th day of November 2025:

WHEREAS, on October 28, 2025, Magistrate Judge Tennyson issued a Report and Recommendation (D.I. 16) in this action, which recommended that the Court deny Defendants' Motion to Dismiss (D.I. 8) the Complaint (D.I. 1) for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6); and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record,

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 16) is ADOPTED.  Defendants' Motion to Dismiss (D.I. 8) is DENIED.

The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE